Eli Abramson and Rose Abramson, Appellees, v. Briardale Builders, Inc., A Corporation of Illinois, Appellant.

Gen. No. 47,468.

First District, Third Division.

February 27, 1959.

Released for publication March 20, 1959.

Emil Jacobs and C. A. Caplow (C. A. Caplow, of counsel) for appellant; Paul R. Shanoff and Zeamore A. Ader (Zeamore A. Ader, of counsel) for plaintiffs-appellees. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**